EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
Chief, Violent Crimes

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2005

at 11 o'clock and 15 min. A M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00085 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| AMOR S. REVILLA, | ) | [26 U.S.C. § 5861(d)] |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about January 1, 2005, in the District of Hawaii, the Defendant, AMOR S. REVILLA, knowingly possessed a firearm, to wit, a Remington Model 870 shotgun, serial number B757104M, having a barrel length of less than 18 inches, and an overall length of less than 26 inches, which was not registered to him in

he National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

DATED:  March 2, 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

RONALD G. JOHNSON
Chief, Violent Crimes Section

LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. Amor S. Revilla
Indictment
Cr. No. _____

2