# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00085DAE

CASE NAME:       United States of America Vs. Amor S. Revilla

ATTYS FOR PLA:   Loretta Sheehan

ATTYS FOR DEFT:  Craig Kimsel

INTERPRETER:

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    2/27/06                  TIME:       1:35pm-1:47pm

COURT ACTION: EP: Sentencing to Count 1 of the Indictment-Defendant present not in Custody.

The Court adopts the presentence investigation report without change.

Defendant addresses the Court.

Sentence-

Imprisonment-18 Months.

Court Recommendation-1. FDC-Honolulu

Mittimus stayed to 4/10/2006 by 2:00 p.m. Local Time.  Court will allow the defendant to self-surrender to prison facility designated by the Bureau of Prisons.

Supervised Release-3 Years.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory

condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office access to any requested financial information.

8. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment-$100.00

No Fine.

Defendant advised of his right to appeal.

Submitted by Leslie L. Sai, Courtroom Manager